■ In the Matter of MICHAEL PACCIONE, Petitioner, v CHERYL CHAMBERS et al., Respondents. [855 NYS2d 410]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Andrias, J.P., Friedman, Buckley, Catterson and Acosta, JJ.